UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.D. CURRELLEY,

        Plaintiff,                              Case Number: 2:13-CV-12451

v.                                             HON. GEORGE CARAM STEEH

DANIEL HIENZ, ET AL.,

        Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The plaintiff, J.D. Currelley, filed a *pro se* civil rights complaint. Currelley, who is incarcerated at the Bellamy Creek Correctional Facility, failed to pay the filing fee for a civil action or to file the required papers to proceed *in forma pauperis*, 28 U.S.C. § 1915(a)(2). The Court, therefore, issued an Order to Correct Deficiency (Deficiency Order).

The Deficiency Order required Currelley to submit the filing fee or to file a certified copy of his prisoner trust account statement. The Deficiency Order provided that, if Currelley did not correct the deficiency within 30 days, the complaint would be dismissed. The time for correcting the deficiency has elapsed and Currelley has not submitted the required papers.

Accordingly, **IT IS ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 29, 2013

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 29, 2013, by electronic and/or ordinary mail and also on J.D. Currelley #528826, Ionia Correctional Facility, 1576 West Bluewater Highway, Ionia, MI 48846.

s/Barbara Radke
Deputy Clerk